IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff(s)**<br><br>v.<br><br>SALVI BENITEZ AVILA,<br><br>**Defendant(s)** | **CRIMINAL NO.** 05-381 (JAG) |

**ORDER**

Upon <u>de novo</u> review of the Magistrate-Judge's Report and Recommendation (Docket No. 65) and defendant's objections thereto (Docket No. 68), the Court finds no reason to depart from the Magistrate-Judge's recommendations. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety and **DENIES** defendant's motion to suppress (Docket No. 51).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of June 2006.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge